Karl W. Kime, Cal. Bar No. 143696
KIME LAW OFFICE
505 West Riverside Ave., Suite 500
Spokane, Washington 99201
(509) 252-5003 (tel)
(509) 252-5002 (fax)

Attorneys for Defendant
SOUTHEASTERN CALIFORNIA
CONFERENCE OF
SEVENTH-DAY ADVENTISTS;
**specially appearing for:**
GENERAL CONFERENCE AND
NORTH AMERICAN DIVISION OF
SEVENTH-DAY ADVENTISTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONALD BOWES,<br><br>            Plaintiff,<br><br>  v.<br><br>CHRISTIAN RECORD SERVICES, a Maryland Corporation; SOUTHEASTERN CALIFORNIA CONFERENCE OF SEVENTH-DAY ADVENTISTS, an entity of unknown form; NORTH AMERICAN DIVISION OF THE GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an entity of unknown form; THE GENERAL CONFERENCE OF SEVENTH-DAY ADVENTISTS, an entity of unknown form; LARRY PITCHER, and individual; KEITH ELLIOTT, an individual; SHERRICK HISCOCK, an individual; DWAYNE BULLOCK, an individual; RON RIGBY, an individual; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No.: EDCV11-799 CAS(DTBx)<br><br>NOTICE OF MOTION AND MOTION OF **SPECIALLY APPEARING DEFENDANTS** TO DISMISS SECOND AMENDED COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS<br><br>[Fed. R. Civ. P. 12(b)(5)]<br><br>Date: May 21, 2012<br>Time: 10 a.m.<br>Hon. Christina A. Snyder |

1

**NOTICE OF MOTION AND MOTION BY SPECIALLY APPEARING DEFENDANTS
TO DISMISS UNDER FRCP 12(b)(5)**

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 21, 2012, at 10 a.m. in the courtroom of Hon. Christina A. Snyder, located at 312 North Spring Street, Los Angeles, California, **specially appearing defendants** the General Conference of Seventh-day Adventists and the North American Division of Seventh-day Adventists will move to dismiss the second amended complaint for insufficient process under Fed. R. Civ. P. 12(b)(5).

The grounds for this motion are that despite having filed this action long ago and facing three prior hearings on the issue of service of the defendants, plaintiff has not properly served the General Conference of Seventh-day Adventists and the North American Division of Seventh-day Adventists.

The motion will be based on this notice and motion, the papers filed in support, the court's file, and on such other and further evidence and argument as may be presented at the hearing.

Dated:  April 20, 2012                                KIME LAW OFFICE, PLLC


By:_____/s/_____
KARL W. KIME, CAL. BAR NO. 143696
Attorney for **Specially Appearing** parties