UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 11-799 (CAS) (DTBx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | RONALD BOWES V. CHRISTIAN RECORD SERVICES ET. AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| None | Roland Bainer<br>James Kizziar, Jr.<br>Karl Kime |

**Proceedings:** MOTION TO DISMISS CASE BY DEFENDANT CHRISTIAN RECORD SERVICES (Dkt. #69, filed August 3, 2012)

FOURTH MOTION TO DISMISS CASE BY DEFENDANT SOUTHEASTERN CALIFORNIA CONFERENCE OF SEVENTH DAY ADVENTISTS (Dkt. #70, filed August 7, 2012)

FOURTH MOTION TO DISMISS CASE BY DEFENDANT THE GENERAL CONFERENCE OF SEVENTH DAY ADVENTISTS (Dkt. #71, filed August 7, 2012)

THIRD MOTION TO DISMISS CASE FILED BY DEFENDANT NORTH AMERICAN DIVISION OF THE GENERAL CONFERENCE OF SEVENTH DAY ADVENTISTS (Dkt. #74, filed September 14, 2012)

## I.   INTRODUCTION

On May 21, 2012, this Court dismissed plaintiff's second amended complaint for failure to state a claim against defendant Southeastern California Conference of Seventh Day Adventists ("SECC"), and for failure to serve process as to defendants Christian Record Services ("CRS"), North American Division of the General Conference of Seventh Day Adventists ("Northern American Division"), and the General Conference of Seventh Day Adventists ("General Conference"). Dkt. # 65 at 11. The Court's order provided plaintiff thirty days in which to file an amended complaint and properly serve

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV 11-799 (CAS) (DTBx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | RONALD BOWES V. CHRISTIAN RECORD SERVICES ET. AL. | | |

CRS, the Northern American Division, and the General Conference with a copy of the summons and complaint. Id. Further background is known to the parties and set out in the Court's May 21, 2012 order.

Plaintiff filed his third amended complaint in this case on June 22, 2012. On August 3, 2010, by special appearance, defendant CRS moved to dismiss the case for failure to properly serve process. On August 7, 2012, defendant SECC moved to dismiss the case for failure to state a claim for relief. On September 14, 2012, by special appearance, defendants the General Conference and the North American Division moved to dismiss the case for failure to properly serve process. Plaintiff opposed these motions on September 19, 2012. Defendants' motions are before the Court.

## II. DISCUSSION

### A. This Case Should be Dismissed with Prejudice as to Defendants the General Conference, the Northern American Divison, and CRS for Failure to Properly Serve a Copy of the Summons and Complaint.

The Court's May 21, 2012 order provided plaintiff thirty days in which to properly serve defendants CRS, the General Conference, and the Northern American Division. The Court has received no proof of service for these defendants. Additionally, Myron Iseminger, Undersecretary for the General Conference, submitted a declaration that the General Conference has not been served with summons and the complaint. Iseminger Decl. ¶¶ 1 – 2. Similarly, Larry Pitcher, President and Secretary of CRS, submitted a declaration stating that CRS has not been served with summons and the complaint. Pitcher Decl. ¶¶ 1, 4. Plaintiff's memorandum in opposition to this motion asserts that he served these parties and further states that proof of service is attached to the memorandum as an exhibit, but no such exhibits – either attached to the memorandum or separately filed – have been submitted. Accordingly, the Court finds that this case should be dismissed with prejudice as to defendants CRS, the General Conference, and the North American Division.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**     JS-6

| Case No. | CV 11-799 (CAS) (DTBx) | Date | September 24, 2012 |
|---|---|---|---|
| Title | RONALD BOWES V. CHRISTIAN RECORD SERVICES ET. AL. | | |

**B. Plaintiff has Failed to State a Claim Against Defendant SECC Because His Third Amended Complaint is Not Materially Different from His Second Amended Complaint.**

The Court's May 21, 2012 order dismissed the claims against SECC because plaintiff failed to allege any employment relationship between plaintiff and SECC. Nothing in plaintiff's third amended complaint changes this conclusion. The parties agree that the only change made in the third amended complaint is an allegation stating that a directory of defendant SECC's employees is attached to the complaint as an exhibit. No such directory or other document is attached to plaintiff's complaint. Therefore the Court has no basis on which to revisit its previous conclusion that plaintiff has failed to identify this directory or allege how it confers employment status on the plaintiff. Accordingly, the Court finds that plaintiff's complaint should be dismissed with prejudice.

### III. CONCLUSION

Plaintiff's third amended complaint is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

                                               00 : 02

Initials of Preparer          CMJ